STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00139 HG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [Title 21 U.S.C. Sections |
| | ) | 841(a)(1), (b)(1)(A) and |
| DAMASO ZAMBRANO,           (01) | ) | 846] |
| ROSA HERNANDEZ, and        (02) | ) | |
| RAMON ALFREDO PEREZ,       (03) | ) | |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

#### COUNT 1:

The Grand Jury charges that:

From on or about March 25, 2000, to and including April 1, 2000, in the District of Hawaii, and elsewhere,

DAMASO ZAMBRANO,
ROSA HERNANDEZ,
and
RAMON ALFREDO PEREZ

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, in excess of fifty (50) grams of crystal methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

It was the object of the aforesaid conspiracy to possess for distribution crystal methamphetamine in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On or about March 25, 2000, ZAMBRANO arranged to have a parcel containing crystal methamphetamine and heroin mailed from Los Angeles, California via Express Mail of the U.S. Postal Service to HERNANDEZ at an address in Honolulu, Hawaii.

2. ZAMBRANO informed HERNANDEZ that she would be receiving a parcel in the mail for ZAMBRANO. HERNANDEZ informed PEREZ of the impending delivery of the parcel.

3. On or about March 29, 2000, ZAMBRANO went to the home of PEREZ and HERNANDEZ and gave to PEREZ one-fourth ounce of crystal methamphetamine as prepayment for accepting the expected parcel. ZAMBRANO represented to PEREZ that the balance of three-

fourths ounce of crystal methamphetamine would be paid once the parcel arrived.

4.   ZAMBRANO checked daily with HERNANDEZ to determine whether the parcel had arrived.

5.   On or about April 1, 2000, PEREZ accepted delivery of the subject parcel and alerted ZAMBRANO and HERNANDEZ of its arrival.

6.   ZAMBRANO and PEREZ opened the subject parcel after its delivery.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2:

The Grand Jury further charges that:

On or about April 1, 2000, **DAMASO ZAMBRANO, ROSA HERNANDEZ** and **RAMON ALFREDO PEREZ,** within the District of Hawaii, did knowingly and intentionally attempt to possess with intent to distribute, in excess of fifty (50) grams of crystal methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 846.

DATED: __12 April__, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


_____
STEVEN S. ALM
United States Attorney
District of Hawaii


_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Damaso Zambrano, et al.
"Indictment"
Cr. No.

4